AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>INFORMATION ASSOCIATED WITH FACEBOOK<br>MESSENGER ACCOUNT (505) 278-4480 STORED AT<br>THE PREMISES CONTROLLED BY FACEBOOK, INC | ) <br> ) <br> ) Case No. 21-MR-1784<br> ) <br> ) <br> ) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____State and_____ District of _____New Mexico_____
*(identify the person or describe the property to be searched and give its location):*

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

1/6/2022

**YOU ARE COMMANDED** to execute this warrant on or before _____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____B. Paul Briones_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 12-23-2021 @ 8:30 p.m.   *[signed]* B Paul Briones
*Judge's signature*

City and state: FARMINGTON, NM   B. Paul Briones U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

### Certification

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

William H. Berry Jr. FBI Special Agent
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information from October 1, 2020 to July 5, 2021 associated with Facebook username Sofia Rodriguez and account (505) 278-4480 that is stored on servers owned, maintained, controlled, or operated by Facebook, Inc a company headquartered in Menlo Park, California including information located on servers that are not physically located within the United States, but which are nonetheless owned, maintained, controlled or operated by Facebook, Inc.

Facebook, Inc. shall disclose responsive data, if any, by sending to FBI Special Agent William Berry, 215 West Elm Street, Farmington, NM 87401, using the US Postal Service or another courier service, notwithstanding titles 18 U.S.C. § 1470, 18 U.S.C. §§ 2251(a) and (e), 18 U.S.C. § 2252(a)(2), 18 U.S.C. § 2252A(a)(2), 18 U.S.C. § 2252(a)(4)(B), and 18 U.S.C. § 2252A(a)(5)(B) or similar statute or code.

## ATTACHMENT B

## Particular Things to be Seized

I. **Information to be disclosed by Facebook, Inc.:**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook, Inc., including any messages, records, files, logs, or information that have been deleted but are still available for the dates between October 1, 2020 through July 5, 2021 Facebook, Inc is required to disclose the following information to the government for Facebook Messenger account (505) 278-4480, username Sofia Rodriguez, password Lonelyloser111:

a. All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, dates and times of connecting, account status, e-mail addresses provided during registration, methods of connecting, log files, email "invites" sent or received, contact lists, and means and source of payment (including any credit or bank account number);

b. The contents of all folders associated with the account, including stored or preserved copies of files sent to and from the account, the source and destination addresses associated with file, and the date and time at which each file was sent;

c. The types of service utilized by the user;

d. All records or other information stored by an individual using the account, including all images and videos, any saved chat or email communications;

e. All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

f. All records pertaining to communications between Facebook Messenger and any person regarding the account, including contacts with support services and records of actions taken.

**The Provider is hereby ordered to disclose the above information to the government within 14 days of service of this warrant.**

## II.     Information to be seized by the government

1. All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. § 1470, 18 U.S.C. §§ 2251(a) and (e), 18 U.S.C. § 2252(a)(2), 18 U.S.C. § 2252A(a)(2), 18 U.S.C. § 2252(a)(4)(B), and 18 U.S.C. § 2252A(a)(5)(B) involving the account(s) listed in Attachment A, pertaining to the possession, receipt, or distribution of child pornography or obscene material.

2. Evidence of who created, used, owned, or controlled each account or identifier listed on Attachment A;

3. Communications to/from the accounts listed on Attachment A that demonstrate violations of 18 U.S.C. § 1470, 18 U.S.C. §§ 2251(a) and (e), 18 U.S.C. § 2252(a)(2), 18 U.S.C. § 2252A(a)(2), 18 U.S.C. § 2252(a)(4)(B), and 18 U.S.C. § 2252A(a)(5)(B);

4. Credit card and other financial information including but not limited to bills and payment records, either stored in the account, or such information relating to Facebook, Inc.-related purchases;

5. Evidence of the times the account described in Attachment A was used;

6. Passwords and encryption keys and other associated accounts.

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _____, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by Facebook, Inc, and my official title is _____. I am a custodian of records for Facebook, Inc. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of Facebook, Inc, and that I am the custodian of the attached records consisting of _____ (pages/CDs/kilobytes). I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

    b.    such records were kept in the ordinary course of a regularly conducted business activity of Facebook, Inc; and

    c.    such records were made by Facebook, Inc as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_____    _____
Date    Signature

26